FILED:   January 21, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-2375
(2:08-cv-00047-BO)

_____

GWEN HART, on behalf of herself and all others similarly situated; LUCILLE
DRUTHER; JOSEPH DRUTHER; EDWARD WUELLNER; JENNIFER
WUELLNER,

        Plaintiffs – Appellants,

    v.

LOUISIANA-PACIFIC CORPORATION,

        Defendant – Appellee.

_____

O R D E R

_____

Upon consideration of submissions relative to the motion to hold this case in

abeyance pending resolution of the appeal in Christie v. Hartley Construction, Inc.,

745 S.E.2d 60 (N.C. Ct. App. 2013), the court denies the motion.

                                For the Court

                                /s/ Patricia S. Connor, Clerk